UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Fakhruddin Dean Gheewalla       Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

22CR388

Defendant ___Fakhruddin Dean Gheewalla___ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___  Initial Appearance Before a Judicial Officer

_X_  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Fakhruddin Dean Gheewalla
Print Defendant's Name

_Christopher Flood_
Defendant's Counsel's Signature

Christopher A. Flood
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_8/5/2022_
Date

_Katherine H. Parker_
U.S. District Judge/U.S. Magistrate Judge