UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

UNITED STATES OF AMERICA,

    -against-                                         22 CR 388 (CM)

Fakhruddin Gheewalla,

    Defendant.

_____x

## ORDER UNSEALING CASE

McMahon, J.:

The Clerk of the Court is hereby ordered to unseal case 22 CR 388 (CM), including all entries related to all charging instruments and defendant's plea of guilty. However, the following document are to remain sealed: the status letters submitted on August 30, 2022, November 30, 2022, March 1, 2023, and January 18, 2024; the plea agreement; and the transcripts of the plea and sentencing.

January 22, 2024

_____
Colleen McMahon
United States District Court Judge